IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-00326

|  |  |
|---|---|
| C.J. MAHAN CONSTRUCTION COMPANY LLC,<br>      Petitioner,<br><br>v.<br><br>LAMBERT ENGINEERING AND CONSTRUCTION SERVICES, INC.,<br>      Respondent. | )<br>)<br>)<br>) **ENTRY OF DEFAULT**<br>)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER coming on to be heard and being heard before the undersigned Clerk of the Eastern District of North Carolina, upon Petitioner C.J. Mahan Construction Company LLC's Motion for Entry of Default, the Court makes the following findings of fact:

1.  On June 11, 2024, C.J. Mahan Construction Company LLC ("Mahan") filed its Verified Petition for Judgement Confirming Arbitration Award together with referenced exhibits (Petition), against Respondent Lambert Engineering and Construction Services, Inc. ("Lambert").

3.  On June 12, 2024, Mahan deposited a true and correct copy of the Summons and Petition with the United States Postal Service as certified mail addressed to Lambert Engineering and Construction Services, Inc. c/o its Registered Agent, LXL Enterprises, 209 E. Grand Ave, Ste. 211, Laramie, WY 82070.

4.  On June 20, 2024, pursuant to 9 U.S.C. § 9, Federal Rule of Civil Procedure 4(e)(1), and North Carolina Rule of Civil Procedure 4(j)(6)(c), copies of the

Summons and Petition were served on Lambert's Registered Agent as shown on the proof-of-delivery receipt.

6. Lambert has failed to answer or otherwise respond to Mahan's Petition within the time period allowed.

6. Lambert is neither an infant, incompetent person, nor member of the military service of the United States.

BASED UPON THE FOREGOING FINDINGS OF FACT, the Court concludes as a matter of law that default shall be entered against Lambert Engineering and Construction Services, Inc., on Mahan's Verified Petition for Judgment Confirming Arbitration Award.

NOW, THEREFORE, default is hereby entered against Lambert Engineering and Construction Services, Inc., as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 4 day of September, 2024.

Clerk of Court

Eastern District of North Carolina